UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NANCY LEE SHANLIN,

                Plaintiff,                    **ORDER**
                                                    CV 05-1461 (DRH) (ARL)
    -against-

COUNTY OF NASSAU, et al.,

                Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is a letter dated August 31, 2005 from plaintiff's counsel, James E. Bahamonde, advising that his firm has been relieved by the plaintiff as her legal representative in this action and requesting that the court send all communications to her as a *pro se* plaintiff or to her new attorneys. The court notes that Mr. Bahamonde's letter does not reflect service on the plaintiff, Nancy Shanlin.

      Local Civil Rule 1.4 provides that:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the court and may not withdraw from a case without leave of the court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case including its position, if any, on the calendar.

      As no motion to be relieved as counsel for the plaintiff has been made or granted, Mr. Bahamonde remains counsel of record. To the extent that the plaintiff has retained new counsel as suggested by Mr. Bahamonde's letter, upon submission of a stipulation of substitution of counsel for plaintiff, Mr. Bahamonde will be relieved of his representation obligations in this case. Accordingly, Mr. Bahamonde shall provide the court with a status letter addressing the

plaintiff's representation by September 22, 2005. In addition, Mr. Bahamonde is directed to serve a copy of his August 31, 2005 letter together with this order on the plaintiff and file proof of such service with the court.

Dated: Central Islip, New York
      September 8, 2005

**SO ORDERED:**

_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge